DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EVERALD ROY TUCKER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2356

[October 18, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 08-10510 CF10B.

Everald Roy Tucker, Monticello, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***